# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                CASE NO. : 4:22-cr-00672-JD-3

**Michael Lavon Fuller**

## PLEA

The Defendant, Michael Lavon Fuller, having withdrawn his plea of Not Guilty entered

8/02/2022, pleads **GUILTY to the lesser included drug amount of Count(s) 3 of the**

**Indictment** after arraignment in open court.

_(Signed) Defendant_

Florence, South Carolina
April 7, 2025